# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2032
Lower Tribunal No. DS 2024-0001

_____

LYNNE'A SAITO and KOICHI SAITO,

Appellants,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

Appeal from the Department of Revenue.

October 28, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


Lynne'a Saito and Koichi Saito, Naples, pro se.

James Uthmeier, Attorney General, and Shannon R. Kelley, Assistant Attorney General, Tallahassee, and Thomas A. Pratt, Assistant Attorney General, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED